## 51576. BALDWIN v. BOWERS.

QUILLIAN, Judge.

The trial judge did not err in dismissing the appellant's petition for certiorari on the grounds that appellant was not the proper party to complain. *Welborn v. Mize,* 107 Ga. App. 427, 428 (130 SE2d 623). See also *Gilliam v. Etheridge,* 67 Ga. App. 731 (21 SE2d 556); *Commissioners of Pilotage of St. Simons v. Tabbott,* 72 Ga. 89 (2); *Aldredge v. Rosser,* 210 Ga. 28, 30 (1) (77 SE2d 515).

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED JANUARY 14, 1976 — DECIDED FEBRUARY 6, 1976.

*James Edward McAleer, Harry Silverman, Robert E. Falligant, Jr.,* for appellant.
*Jones & Cheek, John Wright Jones, John F. M.*

*Ranitz, Jr.,* for appellee.